

**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

Robin Doyle Smith                                    P.O. Box 888, Benjamin Franklin Station
Senior Trial Counsel                                 Washington, DC  20044
JT:RMM:RDSmith                                       Tel.: (202) 616-4289  Fax: (202 616-5200
157-12c-8943                                         robin.doyle.smith@usdoj.gov

February 1, 2017

VIA EMAIL (childs_ecf@scd.uscourts.gov)
The Honorable J. Michelle Childs
United States District Judge
901 Richland Street
Columbia, South Carolina 29201

>    RE:  *Andrews v. United States,* 3:16-cv-3702

Dear Judge Childs:

    Thank you for allowing us to comment on the draft scheduling order. Defendant's only comment concerns the absence of a liability trial. The schedule appears to contemplate that liability issues will be decided on motions for summary judgment. We anticipate that factual disputes will require a trial. Causation issues will turn on expert opinions, we think, and the Court will need to hear testimony from those witnesses.

    In reviewing the deadlines, we noted that they are generally similar, if not the same, as deadlines in *Cohen v. United States,* 3:15-cv-1489, particularly the deadlines during the liability phase. We think consolidation of all pending cases brought against the United States for damages resulting from the Fort Jackson dam failures will promote efficiencies in discovery and in a unitary trial of liability issues. The evidence—documentary as well as testimonial—will be largely the same in these cases. Inasmuch as the proposed *Andrews* deadlines track the *Cohen* deadlines, consolidation can be accomplished without difficulty. We are aware of the case filed yesterday, *Kings Grant Owners Assn. v. United States,* 3:17-cv-289. It raises no new liability issues, as it mirrors the *Cohen* complaint. We are prepared to respond

promptly to the complaint so that it can be consolidated too. If that case requires a separate schedule, we do not think that militates against consolidating the other seven cases. We intend to file a motion to consolidate unless the Court prefers to take up this matter sua sponte

                                              Respectfully submitted,

                                              */s/ Robin Doyle Smith*

                                              ROBIN DOYLE SMITH
                                              Senior Trial Counsel
                                              Civil Division, Torts Branch
                                              U.S. Department of Justice

cc: Jones Andrews, Esq.
     McGowan, Hood & Felder